**ELD-034**                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1876
_____

IN RE: HECTOR SOTO, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Crim. No. 06-cr-00140; D. Del Civ. No. 08-cv-00915)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 24, 2012
Before: MCKEE, Chief Judge, ALDISERT and WEIS, Circuit Judges

(Opinion filed: May 1, 2012)
_____

OPINION
_____

PER CURIAM.

Hector Soto filed a petition for writ of mandamus requesting that we direct the

District Court to rule on a motion that he had filed pursuant to 28 U.S.C. § 2255. The

District Court has since ruled on Soto's § 2255 motion. In light of the District Court's

action, the question Soto presented is no longer a live controversy, so we will deny the

petition as moot. See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).

1